UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CORKEY OGLE,

    Plaintiff,

Case No. 15-cv-03679-HSG (PR)

**ORDER OF DISMISSAL**

This case was opened on August 12, 2015, when Plaintiff, a prisoner of the State of California, mailed a letter to the Honorable Thelton E. Henderson complaining about conditions at California State Prison, Sacramento. That day, the Clerk notified Plaintiff that he had not filed a complaint or an application to proceed in forma pauperis ("IFP"). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action. Plaintiff instead has filed a response explaining that he did not intend his original letter to be filed as a new action in this court.

Accordingly, the Clerk shall administratively close this case as having been opened in error, and send an electronic copy of the letter (dkt. 1) and this order to Judge Henderson via his courtroom deputy. No filing fee is due.

**IT IS SO ORDERED.**

Dated: 10/6/2015

                         HAYWOOD S. GILLIAM, JR.
                         United States District Judge